Pablo Beach Pier & Hotel Company, Appellant, v. Town of Pablo Beach, Appellee.

Cases Dismissed.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellee.

*F. R. Johnston,* for Appellant;

*Chas. A. Powers,* for Appellee.

---

Florida Land & Investment Company, et al., Appellants, v. Town of Pablo Beach, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellee.